**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

**GARY LAWRENCE**

Plaintiff, Case No. 4:26-cv-193

v. **CAPITAL CASE**

**RON DESANTIS, et al.**,

Defendants.
_________________________________/

# NOTICE OF APPEAL

Plaintiff, Gary Lawrence, appeals to the United States Court of Appeals for the Eleventh Circuit this Court's May 19, 2026, order and judgment (ECF Nos. 20, 21) dismissing his complaint under 42 U.S.C. § 1983 (ECF No. 1).

Respectfully submitted,

/s/ Katherine A. Blair
KATHERINE A. BLAIR
Assistant Chief, Capital Habeas Unit
HEATHER GLOBERMAN
Federal Public Defender
Northern District of Florida
227 N. Bronough St., Suite 4200
Tallahassee, FL 32301
(850) 942-8818
Katherine_Blair@fd.org

*Counsel for Mr. Lawrence*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing pleading has been furnished by electronic service to all counsel of record on this 16th day of June, 2026.

Respectfully submitted,

/s/ Katherine A. Blair
KATHERINE A. BLAIR